## COMPLAINT AFFIDAVIT

I, Paul Chalup, being a duly sworn officer, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a U.S. Park Ranger with the National Park Service (NPS) assigned to Sleeping Bear Dunes National Lakeshore, which is within the Special Maritime and Territorial Jurisdiction of the United States and in the Western District of Michigan. I have been employed fulltime by the NPS as a U.S. Park Ranger since 2009. I am authorized to conduct investigations, make arrests, and serve warrants pursuant to law and policy, including Title 18 of the United States Code. My Law Enforcement commission expires on August 31, 2026. During my time as an officer with the National Park Service I have received regular training and experience in performing the duty of a duly sworn Law Enforcement officer of the United States. I have independently investigated misdemeanor and felony crimes in violation federal and state laws. I have conducted or participated in arrests, execution of search warrants, and surveillance.

2. This affidavit is based upon my training, experience, personal knowledge of, and participation in, this investigation, and information from other law enforcement officers supplied to me by other law enforcement officers and other law enforcement agencies.  In submitting this affidavit, I have not included each and every fact known to me about the investigation, but instead have included only those facts that I believe are sufficient enough to establish the requisite probable cause.

3. As detailed below, probable cause exists to believe that STEVEN JAMES LISOWSKI ("LISOWSKI") violated the Assimilative Crimes Act, Title 18, United States Code, Section 13, and Mich. Comp. Laws Ann. § 750.479a(1); that is, Felony Fleeing and Eluding. This affidavit is

1

being offered in support of a complaint and arrest warrant for LISOWSKI for violating Title 18, United States Code, Section 13, and Mich. Comp. Laws Ann. § 750.479a(1).

## **PROBABLE CAUSE**

4. On August 18, 2024, at approximately 8:35pm, NPS Ranger Micah Webber was dispatched by Leelanau County law enforcement to the Village of Empire area to be on the lookout for a stolen vehicle out of Milwaukee, Wisconsin.

5. The stolen vehicle was reported as a black Volkswagen SUV with Wisconsin plate, AXD50732. The operator of the vehicle was suspected to be LISOWSKI, who reportedly took the vehicle from his girlfriend by force and was believed to have suicidal ideations.

6. Milwaukee Police had informed the Leelanau County Dispatch that LISOWSKI's cellphone had recently given an active location ping in the Village of Empire area.

7. Ranger Micah Webber spotted the vehicle in the Village of Empire, confirmed the plate with Leelanau County Dispatch, and followed behind the vehicle into the unincorporated Village of Glen Arbor.

8. At approximately 8:50 pm, the stolen vehicle turned towards the area of Glen Haven along Highway M-109. It was traveling in excess of the 55-mph posted speed at a speed of 70 to 80 mph.

9. At 8:52 pm, the stolen SUV turned towards Sleeping Bear Point traveling along Sleeping Bear Drive, a dead-end road. The area is within the boundaries of Sleeping Bear Dunes National Lakeshore.

10. Ranger Webber positioned his vehicle along a main road in Glen Haven. At approximately 8:54 pm, the stolen vehicle drove past Ranger Webber's location and proceeded onto M-109 heading towards the Dune Climb.

11. Ranger Luke Wassink positioned his patrol vehicle near the entrance of the Dune Climb. He observed the stolen vehicle approaching at a high rate of speed. Ranger Wassink reported that he had to move his patrol vehicle out of the way to avoid being struck by the stolen vehicle as it was heading towards him at a high rate of speed. The driver continued to ignore the patrol lights and sirens of multiple law enforcement vehicles. The incident occurred within the boundaries of Sleeping Bear Dunes National Lakeshore.

12. At approximately 8:57 pm, the driver of the vehicle exited the car and fled into the woods in the area near Peirce Stocking Scenic Drive and Shauger Hill Road. The area is within the boundaries of Sleeping Bear Dunes National Lakeshore.

13. A search involving multiple law enforcement agencies was conducted in an effort to locate the driver of the vehicle suspected to be LISOWSKI. Officers were unable to locate the suspect after an extensive search. Sleeping Bear Dunes National Lakeshore employees were made aware of the situation.

14. On August 20, 2024, an employee with Sleeping Bear Dunes National Lakeshore reported that he had seen a person matching the photo and description of LISOWSKI at the Shauger Hill parking area located at the base of the Pierce Stocking Scenic Drive. The area is within the boundaries of Sleeping Bear Dunes National Lakeshore.

15. District Ranger Andy Blake, Ranger Nate Mazurek and I responded to the parking area. I also requested a K9 officer to respond to the area to assist in a search. Benzie County Deputy Ryan Dumond responded with his K9, Omar, and we began searching the area for the suspect.

16. Deputy Dumond and I encountered a male individual in the woods later confirmed to be STEVEN JAMES LISOWSKI. LISOWSKI was holding a knife to his neck and yelling at us to shoot him.

17.     While speaking with LISOWSKI, he began pressing the knife into his neck while pleading with us to shoot him. As Deputy Dumond and I approached LISOWSKI he ran away from us while carrying the knife. As we pursued LISOWSKI, he turned towards us again an appeared to be attempting to stab himself in the neck multiple times.

18.     I deployed my Taser without success and while attempting to reload LISOWSKI lunged towards Deputy Dumond and I with the knife. I pulled my service issued handgun from its holster and saw that LISOWSKI dropped or lost the knife at some point while lunging towards us, as it was no longer visible in his hands.

19.     While attempting to detain LISOWSKI, he continued to struggle and resist. It also appeared that LISOWSKI was attempting to grab ahold of Deputy Dumond's handgun during the struggle on the ground while we were trying to gain control of him. I heard Deputy Dumond say that LISOWSKI was trying to get his gun. I could see Deputy Dumond's hand holding his firearm down, with LISOWSKI's hand visible over Deputy Dumond's hand and gun. We were able to place handcuffs on LISOWSKI and take him into custody.

20.     During the arrest, Deputy Dumond sustained a broken right hand. I sustained a minor injury to my right thumb nail. There was a significant amount of blood exposure at the scene.

21.     LISOWSKI was transported to MUNSONS Medical Center in Traverse City and is being treated for his injuries.

## **CONCLUSION**

22.     Based on the foregoing, I submit that there is probable cause that LISOWSKI violated the Assimilative Crimes Act, Title 18, United States Code, Section 13, and Mich. Comp. Laws Ann. § 750.479a(1); that is, Felony Fleeing and Eluding.